[No. 37515-0-II. Division Two. May 5, 2009.]

*In the Matter of the Detention of* DANIEL ANDREWS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-05099-5, Vicki L. Hogan, J., entered March 5, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37537-1-II. Division Two. May 5, 2009.]

RACHEL KANTOLA, *Respondent*, v. GILBERT JOHN JUVINALL, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-01801-3, D. Gary Steiner, J., entered March 21, 2008. *Reversed* and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 37545-1-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN TOLBERT HOBBS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-01689-1, Roger A. Bennett, J., entered February 26, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 37644-0-II. Division Two. May 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNARD JASPERS, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-00511-7, James E. Warme, J., entered March 24, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Hunt, JJ.